IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

DIANA J. JOHNSON,                                   Civil No. 10-3052-CL

        Plaintiff,                              **JUDGMENT**

       v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

        Defendant.

CLARKE, Magistrate Judge.

    The decision of the Commissioner is reversed and the matter is remanded for an award of benefits.

DATED this 27 day of September, 2011.

_____
Mark D. Clarke
United States Magistrate Judge

Judgment - 1