**ARTHUR W. STEVENS III** OSB # 850857
BLACK, CHAPMAN, WEBBER & STEVENS
221 Stewart Ave., Suite 209
Medford, OR 97501
Telephone: (541) 772-9850
Fax: (541) 779-7430
E-Mail: stevens@blackchapman.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**DIANA J. JOHNSON,**                                    CIVIL NO.: 10-3052-CL

      Plaintiff,

vs.

**COMMISSIONER of Social Security,**                     ORDER

      Defendant.

_____

      Attorney fees in the amount of $13,725.00 are hereby awarded to Plaintiff's attorney pursuant

to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of all circumstances

present in this case. Previously, this court awarded $6606.10, pursuant to the Equal Access to Justice

Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check for payment to Plaintiff's attorney

herein, the agency is directed to subtract the amount previously awarded under the EAJA, and to send

to Plaintiff's attorney the balance of $7137.86, minus the applicable user fee.

      DATED this __11__ day of ~~July,~~ 2012.
                 **October**

                                _____
                                United States Magistrate Judge

Presented by:

/s/ Arthur W. Stevens III OSB #850857
Attorney for Plaintiff

- 1 - ORDER                               **BLACK, CHAPMAN, WEBBER , & STEVENS**
                                                       **ATTORNEYS AT LAW**
                                                    **221 STEWART AVE. #209**
                                                    **MEDFORD, OREGON 97501**
                                                       **(541) 772-9850**